```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 38083
    BEATRICE BRENT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2432


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/13/2004 and was confirmed 12/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 02/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------
CONSOLIDATED RESORTS      SECURED NOT I    NOT FILED             .00           .00
CONSOLIDATED RESORTS      SECURED NOT I    NOT FILED             .00           .00
LIGHTHOUSE FINANCIAL GRO  SECURED              5675.17        263.74       5675.17
ROYAL VACATION SUITES     SECURED NOT I    NOT FILED             .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY             1035.12           .00       1035.12
10 MINUTE PAYDAY LOANS    UNSECURED        NOT FILED             .00           .00
10 MINUTE PAYDAY LOANS    UNSECURED        NOT FILED             .00           .00
A1 PREMIUM BUDGET         UNSECURED        NOT FILED             .00           .00
ADVANCE AMERICA           UNSECURED             961.00           .00        961.00
AMERICASH LOANS LLC       UNSECURED             743.57           .00        743.57
AMERICAN CASH N GO        UNSECURED             937.20           .00        937.20
AMERICASH LOANS L L C     UNSECURED        NOT FILED             .00           .00
BROTHER LOAN & FINANCE    UNSECURED             375.42           .00        375.42
CASH TO GO                UNSECURED                 .00           .00           .00
CHECK N GO                UNSECURED             611.02           .00        611.02
EASY LOAN                 UNSECURED        NOT FILED             .00           .00
FOREST HOME CEMETARY      UNSECURED                 .00           .00           .00
FSM GROUP INC             UNSECURED        NOT FILED             .00           .00
MY CASH TIME COM          UNSECURED        NOT FILED             .00           .00
NATIONAL QUICK CASH       UNSECURED        NOT FILED             .00           .00
QUICK ADVANCES COM        UNSECURED        NOT FILED             .00           .00
QUICK PAYDAY LOANS        UNSECURED             440.00           .00        440.00
PAYROLL LOANS DIRECT      UNSECURED        NOT FILED             .00           .00
SHOREBANK CORP ~          UNSECURED        NOT FILED             .00           .00
UNITED CASH LOAN          UNSECURED        NOT FILED             .00           .00
USFC                      UNSECURED        NOT FILED             .00           .00
USA PAYDAY LOANS          UNSECURED        NOT FILED             .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED             197.80           .00        197.80
AMERICAS FINANCIAL CHOIC  UNSECURED             461.48           .00        461.48
ERNESTO D BORGES JR       DEBTOR ATTY         1,800.00                    1,800.00
TOM VAUGHN                TRUSTEE                                           792.15
DEBTOR REFUND             REFUND                                             24.67

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 38083 BEATRICE BRENT
```

```
     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              14,318.34

PRIORITY                                       1,035.12
SECURED                                        5,675.17
    INTEREST                                     263.74
UNSECURED                                      4,727.49
ADMINISTRATIVE                                 1,800.00
TRUSTEE COMPENSATION                             792.15
DEBTOR REFUND                                     24.67
                    ---------------       ---------------
TOTALS               14,318.34              14,318.34
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE